IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND J. SELLERS,

    Plaintiff,                                 No. CIV 11-1024-WBS GGH (PC)

    vs.

SOLANO COUNTY JAIL,

    Defendant.                             <u>ORDER FOR PAYMENT</u>

_____/        <u>OF INMATE FILING FEE</u>

To: The Sheriff of Solano County, Attention: Inmate Trust Account, 500 Union Avenue, Fairfield, California, 94533:

        Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Sheriff of Solano County is required to send to the Clerk of the Court payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

        Good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The Sheriff of Solano County or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding

1

1 month's income credited to the prisoner's trust account and shall forward those payments to the
2 Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28
3 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the
4 Court. The payments shall be clearly identified by the name and number assigned to this action.
5     2. The Clerk of the Court is directed to serve a copy of this order and a copy of
6 plaintiff's signed in forma pauperis affidavit on the Sheriff of Solano County, Attention: Inmate
7 Trust Account, 500 Union Avenue, Fairfield, California, 94533.
8     3. The Clerk of the Court is directed to serve a copy of this order on the Financial
9 Department of the court.
10 DATED: May 9, 2011       /s/ Gregory G. Hollows
11       UNITED STATES MAGISTRATE JUDGE