IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND J. SELLERS,

      Plaintiff,                     No. CIV S-11-1024 WBS GGH P

     vs.

SOLANO COUNTY JAIL,

      Defendant.                FINDINGS AND RECOMMENDATIONS

_____/

        By order filed May 9, 2011, the court granted plaintiff twenty-eight days to file an amended complaint. In the May 9, 2011 order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the May 9, 2011, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: July 13, 2011

                             /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

sell1024.FTAggh
GGH:14